Reginald Lee NICHOLAS,
Appellant Pro Se,

v.

STATE of Missouri, Respondent.

No. WD 61628.

Missouri Court of Appeals,
Western District.

July 15, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2003.

Reginald Lee Nicholas, Jefferson City, pro se.

Anne E. Edgington, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

Reginald Lee Nicholas appeals from the motion court's dismissal of his Rule 74.06(d) motion. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).